**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| SUPERIOR AIR CHARTER, LLC,[1] | Case No. 20-11007 (CSS) |
| Debtor. | |

## CERTIFICATION OF DEBTOR'S LIST OF CREDITORS

Superior Air Charter, LLC ("Superior"), as debtor and debtor in possession (the "Debtor") hereby certifies under penalty of perjury that the Creditor Matrix submitted herewith, pursuant to Rule 1007-2 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), formatted in portable document format, containing the list of creditors of the Debtor, is complete and, to the best of the Debtor's knowledge, correct and consistent with the Debtor's books and records.

The information contained in the Creditor Matrix is based on a review of the Debtor's books and records. However, the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the Creditor Matrix. In addition, certain of the entities included in the Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtor for purposes of this chapter 11 case.

---

[1] The Debtor in this chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, is as follows: Superior Air Charter, LLC (2081). The mailing address for the Debtor, solely for purposes of notices and communications, is: 1341 W. Mockingbird Lane, Suite 600E, Dallas, Texas.

-2-

Therefore, this listing does not and should not be deemed to constitute either (i) a waiver of any defense to any claims that may be asserted against the Debtor, or (ii) an acknowledgement of the validity or amount of any claims that may be asserted against the Debtor.

Dated:  April 28, 2020                                      SUPERIOR AIR CHARTER, LLC.


                                          By:     */s/ Edward T. Gavin*
                                                    Edward T. Gavin
                                                    Chief Restructuring Officer