UNITED STATES BANKRUPTCY COURT

_____    DISTRICT OF    DELAWARE

_____

In re: Superior Air Charter, LLC    §    Case No.  20-11007
    §
    §
    Debtor(s)    §    ☐ Jointly Administered

# Post-confirmation Report    Chapter 11

Quarter Ending Date: 06/30/2021    Petition Date: 04/28/2020

Plan Confirmed Date: 09/04/2020    Plan Effective Date: 09/18/2020

This Post-confirmation Report relates to:  ○ Reorganized Debtor

⦿ Other Authorized Party or Entity:  GUC Trustee
   Name of Authorized Party or Entity

/s/ Evelyn J. Meltzer    Evelyn J. Meltzer, Esquire
Signature of Responsible Party    Printed Name of Responsible Party

07/20/2021    Troutman Pepper Hamilton Sanders LLP
Date    Hercules Plaza, Suite 5100, 1313 N. Market Street
    P.O. Box 1709, Wilmington, DE 19899-1709
    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Superior Air Charter, LLC             Case No. 20-11007

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $59,759 | $823,446 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $59,759 | $823,446 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $1,598,116 | $0 | $1,598,116 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Bayard, P.A. | Lead Counsel | $0 | $523,752 | $0 | $523,752 |
| ii | Gavin/Solmonese LLC | Financial Professional | $0 | $466,000 | $0 | $466,000 |
| iii | Stretto | Other | $0 | $268,102 | $0 | $268,102 |
| iv | Troutman Pepper Hamilton San | Lead Counsel | $0 | $235,971 | $0 | $235,971 |
| v | VedderPrice | Lead Counsel | | $104,292 | $0 | $104,292 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $48,649 | $195,357 | $48,649 | $195,357 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Gavin/Solmonese LLC | Financial Professional | $35,502 | $85,792 | $35,502 | $85,792 |
| ii | Troutman Pepper Hamilton San | Lead Counsel | $13,147 | $109,565 | $13,147 | $109,565 |
| c. | All professional fees and expenses (debtor & committees) | | $48,649 | $1,793,473 | $48,649 | $1,793,473 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $401,773 | $0 | $401,773 | $401,773 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $165,206 | $0 | $3,073 | $165,206 | 2% |
| d. General unsecured claims | $1,137,971 | $0 | $0 | $22,771,421 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                              Yes ○    No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:   12/31/2021

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ○

UST Form 11-PCR (06/07/2021)                      2

| Debtor's Name Superior Air Charter, LLC | Case No. 20-11007 |
|---|---|

3

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/Jeremy P. VanEtten | Jeremy P. VanEtten |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Director, Gavin/Solmonese LLC | 07/20/2021 |
| Title | Date |

UST Form 11-PCR (06/07/2021)   3